F. Bell-Fenwick, Appellant, v. Cypress Hills Cemetery and William Miles, Respondents.— Order affirmed by default, with costs. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

Abraham Doerfler, Respondent, v. Sarah E. Pottberg, Individually and as Executrix, etc., and Others, Defendants, Impleaded with Isabella Ruth Doerfler, Individually and as Administratrix, etc., and Others, Appellants.— In view of the former decision of the court in this litigation (See 170 App. Div. 578; 218 N. Y. 27; 177 App. Div. 927), it would seem that this order was improperly made. It is, therefore, reversed, with ten dollars costs and disbursements, and the motion denied. Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.

Maude A. Duvall, Respondent, v. Depositors Assets Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. The cause of action having arisen in the county of New York, and it appearing that all the witnesses reside either there or in the county of Kings, there is no reason why the contractor's assignee should have the case tried in Nassau county. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of the Application of Dayton Hedges, Appellant, to Lay Out a Highway in the Town of Brookhaven, etc. Clarence E. Dare, Superintendent of Highways, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

Samuel Levitt, Appellant, v. Ida Dinah Levitt, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

The People of the State of New York, Respondent, v. Samuel Balsamo, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed, by default. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.